IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 98-13 E |
| ) | |
| BRIAN LAMONT GREENE ) | |

**MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING**

AND NOW, comes the defendant, Brian Lamont Greene, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully files this Motion to Continue Supervised Release Revocation Hearing, and in support thereof sets forth as follows:

1. A petition to revoke Mr. Beason's supervised release has been filed by the probation office.

2. The hearing on the petition to revoke supervised release is currently set for Monday, January 23, 2005.

3. The undersigned counsel was appointed to represent Mr. Greene on the petition to revoke his supervised release on January 12, 2006, but did not have the opportunity to meet with Mr. Greene until Friday, January 20, 2006.

4. Mr. Greene is contesting some of the allegations contained in the petition to revoke his supervised release. To adequately prepare to represent Mr. Greene at his revocation hearing counsel must interview several witness and prepare the witnesses for testifying. That can not be accomplished by the date set for the revocation hearing. Accordingly, Mr. Greene respectfully requests that the hearing on the petition to revoke supervised release be continued.

5. Assistant United States Attorney Christine A. Sanner does not object to this motion.

WHEREFORE, the defendant, Brian Lamont Greene, respectfully requests that this

Honorable Court continue the hearing on the petition to revoke his supervised release.

                        Respectfully submitted,

                        /s/ Thomas W. Patton
                        Thomas W. Patton
                        Assistant Federal Public Defender
                        PA I.D. No. 88653