IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 98-13 E |
| ) | |
| BRIAN LAMONT GREENE ) | |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing, Motion to Continue Supervised Release Revocation Hearing, it is hereby ORDERED that the motion is GRANTED: The hearing on the petition to revoke the defendant's supervised release shall take place on _____, 2006 at _____ am/pm.

_____
HONORABLE MAURICE B. COHILL, JR.
Senior United States District Judge