# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.

vs.

Brian Lamont Greene

Defendants

CR 98-13 E

HEARING ON: Motion for Supervised Release Revocation

Before: Judge Cohill

AUSA Christine Sanner — Appear for Plaintiff

AFPD Tom Patton — Appear for Defendant

Hearing Begun 1:45 3/14/06

Hrg concluded C.A.V. 3:10 3/14/06

Hrg Adjourned to —

Stenographer Sandra Black

## WITNESSES

**For Plaintiff**
1. David J. Conde USPO
2. Kellin Strong USPO

**For Defendant**

Judgment in a criminal case for revocation to be entered: Supervised release revoked. Upward departure to 18 mo. under § 7B1.4 Note 4. No term of S.R. imposed.

[ Grade C Violation, Cat. III Range 5-11 months imprisonment ]

Δ taken into custody