AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

UNITED STATES OF AMERICA
V.

BRIAN LAMONT GREENE

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:    CR No. 98-00013E-001
USM Number:    10741-068

Thomas W. Patton, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __Special Conditions (See Page 2)__  of the term of supervision.

X  was found in violation of condition(s)  __General Condition (see Page 2)__  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | SEE PAGE 2 FOR LISTING OF VIOLATIONS | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    N/A

Defendant's Date of Birth:    N/A

Defendant's Residence Address:

N/A

Defendant's Mailing Address:

N/A

March 14, 2006
Date of Imposition of Judgment

*Maurice B. Cohill, Jr.*
Signature of Judge

Maurice B. Cohill, Jr., United States District Judge
Name and Title of Judge

3/16/06
Date

DEFENDANT: BRIAN LAMONT GREENE
CASE NUMBER: CR No. 98-00013E-001

# VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special Condition | Violation of condition that defendant shall refrain from any unlawful use of a controlled substance. | 11/1/2005 |
| Special Condition | Violation of condition that the defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. The defendant shall submit to one drug test within 15 days after being placed on supervision and at least four tests per year thereafter. | 11/17/2005 |
| General Condition | Violation of condition that the defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons. | December, 2005 |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT:        BRIAN LAMONT GREENE
CASE NUMBER:      CR No. 98-00013E-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: eighteen (18) months.

☒ The court makes the following recommendations to the Bureau of Prisons: *This defendant has chosen to disregard all rules and regulations pertaining to post confinement supervision. He appears to be quite intelligent. If he can be counselled to abide by the rules of life, he has the potential to be a great success — otherwise he is just headed for more prison time.   Maurice B. Cohill, Jr.*

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL