IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 98-13E |
| | ) | |
| BRIAN LAMONT GREENE | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Obtain Sealed Transcript filed in the above-captioned case is hereby granted.  It is further ordered that the court reporter provide appellate counsel for Mr. Greene with a copy of the sealed transcript of the May 18, 1999 hearing.

                                              _____
                                              Maurice B. Cohill, Jr.
                                              United States District Judge